UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

PEDRO HERNANDEZ,

Defendant.

19 CR 169-2(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the conference for the above-named defendant scheduled for January 10, 2020 at 11:00 a.m. be adjourned. It is hereby ordered that the request is granted. The conference shall be scheduled for January 24, 2020, at 11:15 a.m.

Defendant also consents to the exclusion of time from the Speedy Trial Act until the resolution of the charges against him is finalized. It is hereby ordered that the time until the final resolution of the charges against Mr. Hernandez shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
       9 January 2020

Victor Marrero
U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 8, 2020

**BY FAX**
The Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Pedro Hernandez*, 19 Cr. 169 (VM)

Dear Judge Marrero:

The Government writes, with the consent of defense counsel, to request that the Court adjourn the conference scheduled for January 10, 2010 at 11:00 a.m. to January 24, 2020 or later.

Should the Court grant this request, the parties also request that the time until the control date be excluded in the interests of justice, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to give the defendant time to consider a plea offer the Government has made to the defendant.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Sheb Swett
    Assistant United States Attorney
    (212) 637-6522

cc:    Valerie Gotlib (by email)