USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

PEDRO HERNANDEZ,

                Defendant.

19 CR 169-2(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court previously scheduled a conference in the above-referenced matter for January 31, 2020 at 10:30 a.m. Due to a scheduling conflict, counsel for the Defendant requested the conference be rescheduled for January 31, 2020 at 9:30 a.m. The Government has advised the Court that it is available at that time.

Accordingly, it is hereby ordered that the conference be held before Judge Marrero on Friday, January 31, 2020 at 9:30 a.m.

**SO ORDERED.**

Dated: New York, New York
       27 January 2020

                                              Victor Marrero
                                                U.S.D.J.