UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

PEDRO HERNANDEZ,

                          Defendant.

19 CR 169-2(VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/20

**VICTOR MARRERO**, United States District Judge.

The Court previously scheduled a conference in the above-referenced matter for March 6, 2020 at 3:15 p.m. Due to a scheduling conflict, the Court advised the parties that it would reschedule the conference. The parties have advised the Court that they are available on March 13, 2020 at 11:15 a.m.

Accordingly, it is hereby ordered that the conference be held before Judge Marrero on Friday, March 13, 2020 at 11:15 a.m.

**SO ORDERED.**

Dated: New York, New York
       6 March 2020

_____
Victor Marrero
U.S.D.J.