USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ April 1, 2020 __



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 1, 2020

**BY ECF AND EMAIL**
The Honorable Victor Marrero
United States District Court Judge
New York, New York 10007

      **Re:**    *United States v. Pedro Hernandez*, 19 Cr. 169 (VM)

Dear Judge Marrero:

      The parties write to request an urgent modification of the Court's March 30, 2020 order granting the defendant's temporary pretrial release with certain conditions. (Doc. No. 163).

      One such conditions was: "Home incarceration at a homeless shelter designated by the New York City Department of Homeless Services, with monitoring by means chosen at the discretion of Pretrial Services." Paragraph 3(c). Another condition was that: "The defendant shall be released upon the signature of the defendant on the bond and upon the Pretrial Services Office's installation of the monitoring technology that it selects." Paragraph 3(j).

      Pretrial Services advises that, because of the defendant's quarantine status, he cannot be fitted with any monitoring technology for 14 days and therefore he cannot be released from custody without a modification of the Court's order. Accordingly, the parties request that the Court suspend the monitoring conditions in the March 30, 2020 order for 14 days, so that the defendant can be released from custody immediately.

      Pretrial Services has advised the Government that, with the proposed modification, the defendant will be released from custody.

**SO ORDERED:**  April 1, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

_____
Victor Marrero
U.S.D.J.

cc:     Counsel of record (by ECF and email)