# Kramer Levin

Darren LaVerne
Partner
**T** 212.715.9190
**F** 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

April 15, 2020

**Via ECF and Email**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Pedro Hernandez</u>, 19-CR-169 (VM)

Dear Judge Marrero:

On behalf of defendant Pedro Hernandez, we respectfully submit this letter pursuant to paragraph 5 of the Court's March 30, 2020 Order, which directs that defense counsel provide weekly updates as to Mr. Hernandez's status and health.  This is our second status update since his release on bond on April 1, 2020.  Mr. Hernandez continues to reside at the men's shelter at 400 East 30th Street, New York, New York.  This past week Mr. Hernandez was able to move into a private room at the shelter (where he is housed with just one other person), and out of the dorm-like conditions he lived in upon initially arriving there.  Mr. Hernandez has also sought out volunteer work, and in that capacity has been helping to clean the shelter.

Two days ago, Mr. Hernandez reported feeling ill and immediately went to Bellevue Hospital, located right by the shelter.  Following examination, Mr. Hernandez, was advised that he could return to the shelter, and is feeling better now.

The Honorable Victor Marrero
April 15, 2020



      We have conferred with the government concerning this status update, as contemplated by the Court's March 30 order.

                                                      Respectfully submitted,

                                                      /s/ Darren A. LaVerne
                                                     Darren A. LaVerne
                                                     John McNulty
                                                     Hanna Seifert

                                                     KRAMER LEVIN NAFTALIS &
                                                     FRANKEL LLP
                                                     1177 Avenue of the Americas
                                                     New York, NY  10036
                                                     Telephone:  212.715.9190

                                                     *Counsel for Pedro Hernandez*

cc:     Justin Rodriguez, Sebastian Swett
          Assistant United States Attorneys