

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 21, 2020

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: April 23, 2020

**BY ECF AND EMAIL**
The Honorable Victor Marrero
United States District Court Judge
New York, New York 10007

    Re:    *United States v. Pedro Hernandez*, 19 Cr. 169 (VM)

Dear Judge Marrero:

    The Government writes on behalf of the parties in light of Chief Judge McMahon's April 21, 2020 order suspending the conduct of jury trials in this District until further order of the court. *See* 20-mc-197 (Doc. No. 1) (S.D.N.Y. Apr. 21, 2020).

    As the Court knows, a jury trial in this matter was previously scheduled to begin on June 22, 2020. In light of Chief Judge McMahon's order, the parties jointly request that the Court adjourn *sine die* the June 22, 2020 trial date, as well as the accompanying schedule for pretrial submissions, and convert the June 22, 2020 trial date to a status conference, at which the parties can address any need for a new trial date. The Government notes that the Court has previously excluded time under the Speedy Trial Act until June 22, 2020.

    The parties continue to be actively engaged in plea negotiations and work towards resolving the matter short of trial. Mr. Hernandez was released on bond on April 1, 2020 and remains at liberty subject to monitoring by Pretrial Services and the terms set forth in the Court's March 30, 2020 order.

**SO ORDERED:** APRIL 22, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Justin V. Rodriguez
Sheb Swett
Assistant United States Attorneys
(212) 637-2591

_____
Victor Marrero
U.S.D.J.

cc:    Counsel of record (by ECF and email)