```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 23, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **19 CR 169 (VM)**
                                   :
         -against-                 :
                                   :     **ORDER**
PEDRO HERNANDEZ,                   :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   Due to the ongoing coronavirus pandemic, the trial in the above-captioned matter has been adjourned. (See Dkt. No. 175.) The Court will hold a status conference on June 22, 2020 at 10:00 a.m., to take place by telephone. The parties are directed to use the following dial-in number: 888-363-4749 (international callers: 215-446-3662), access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         23 April 2020

_____
               Victor Marrero
                    U.S.D.J.