```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 18, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

PEDRO HERNANDEZ,

                              Defendant.

19 CR 169-2(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defense counsel requests with the consent of the Government (see Dkt. No. 193) that the conference for the above-named defendant scheduled for June 22, 2020 at 10:00 a.m. be adjourned. It is hereby ordered that the request is granted. The conference shall be scheduled for Friday, August 28, 2020, at 11:15 a.m.

Defendant also consents to the exclusion of time from the Speedy Trial Act until August 28, 2020. It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
       18 June 2020

                              Victor Marrero
                              U.S.D.J.