```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :   19 CR 169(VM)
        -against-                 :     ORDER
                                  :
PEDRO HERNANDEZ,                  :
                                  :
              Defendant.          :
---------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: October 29, 2020**

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Friday, October 30, 2020 at 1:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor -marrero.

**SO ORDERED:**

Dated:    New York, New York
          29 October 2020

_____
Victor Marrero
U.S.D.J.