```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 25, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,                 :
                                          :
                                          :          **19 CR 169(VM)**
         -against-                        :              **ORDER**
                                          :
PEDRO HERNANDEZ,                          :
                                          :
                    Defendant.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   A jury trial in this matter was previously scheduled to begin on May 3, 2021. The May 3, 2021 trial date is hereby adjourned sine die. A status conference is scheduled for May 7, 2021, at which the parties can address any need for a new trial date. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

   The Court has previously excluded time under the Speedy Trial Act until May 3, 2021. (See Minute Entry dated October 30, 2020.) The Court now addresses the need for an exclusion of the adjourned time from the Speedy Trial Act to May 7, 2021.

   It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice.

   The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§

3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         25 February 2021

_____
Victor Marrero
U.S.D.J.