USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 3, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,

    -against-

PEDRO HERNANDEZ,

               Defendant.
----------------------------------X

19 CR 169(VM)

ORDER

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Friday, May 7, 2021 shall take place at 9:30 a.m. and be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:    New York, New York
           3 May 2021

*Victor Marrero*
U.S.D.J.