USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 16, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :           **19 CR 169 (VM)**
        -against-                        :             **ORDER**
                                         :
PEDRO HERNANDEZ,                         :
                                         :
                        Defendant.       :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Government requests, with consent of the defendant, that the status conference for the above-named defendant currently scheduled for June 18, 2021 be adjourned. (See Dkt. No. 244.) The conference shall be rescheduled for July 30, 2021, at 1:30 p.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

Both the Government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to July 30, 2021. It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         s16 June 2021

_____
Victor Marrero
U.S.D.J.