```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

— against —

PEDRO HERNANDEZ,

                                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 29, 2021

19 CR 169-2(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defense counsel and the Government (see Dkt. No. 236) jointly request that the conference for the above-named defendant scheduled for July 30, 2021 be adjourned. It is hereby ordered that the request is granted. The conference shall be scheduled for August 13, 2021 at 2:30 p.m.

    Counsel for Defendant also consents to the exclusion of time from the Speedy Trial Act until August 13, 2021.

    It is hereby ordered that the time until August 13, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:  New York, New York
       29 July 2021

_____
Victor Marrero
U.S.D.J.