

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 11, 2021
```

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
New York, NY 10007

Re:   *United States v. Pedro Hernandez*, S3 19 Cr. 169 (VM)

Dear Judge Marrero:

The defendant in the above-captioned matter intends to plead guilty to a superseding information, which the Court has referred to the duty Magistrate Judge. The Government writes, on behalf of the parties, to request that the Court enter a CARES Act Order permitting the change of plea hearing to proceed remotely, in light of the ongoing risk posed by COVID-19. A proposed order is attached for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Justin V. Rodriguez
Sheb Swett
Assistant United States Attorneys
(212) 637-2591 / -6522

cc:   Counsel of record (by ECF)

---

Request **GRANTED**.

The conference currently scheduled for August 13, 2021 at 2:30 p.m. is hereby canceled.

**SO ORDERED.**

August 11, 2021
DATE                    VICTOR MARRERO, U.S.D.J.