UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 11, 2021
```

-------------------------------------------------------X

UNITED STATES OF AMERICA,     :

        :

v.      :    S3 19 Cr. 169 (VM)

        :

 PEDRO HERNANDEZ,     :    ORDER

    Defendant,       :

-------------------------------------------------------X

VICTOR MARRERO, United States District Judge:

Defendant Pedro Hernandez seeks to proceed with a change of plea proceeding via videoconference or teleconference instead of a personal appearance in court. In view of the ongoing pandemic, videoconferencing and teleconferencing have been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by videoconference or teleconference with a change of plea advances Mr. Hernandez's case and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via videoconference or teleconference as previously stated by his counsel.

SO ORDERED:

_____
Victor Marrero
U.S.D.J.

Dated:   New York, New York
         11 August 2021