```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
   - v. -                     :          ORDER
                              :
PEDRO HERNANDEZ,              :       S3 19 Cr. 169 (VM)
                              :
               Defendant.     :
                              :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 26, 2021

WHEREAS, with the consent of the defendant, PEDRO HERNANDEZ, his guilty plea allocution was taken before a United States Magistrate Judge on August 25, 2021; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         26 August 2021

_____
Victor Marrero
U.S.D.J.