```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **19 CR 169 (VM)**
                                   :
        -against-                  :
                                   :     <u>**ORDER**</u>
PEDRO HERNANDEZ,                   :
                                   :
                Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be scheduled for Friday, December 10, 2021 at 1:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         28 September 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.