Case 1:19-cr-00169-VM   Document 272   Filed 10/27/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X
UNITED STATES OF AMERICA,        :     **19 CR 169 (VM)**
                                 :
        -against-                :
                                 :     <u>ORDER</u>
PEDRO HERNANDEZ,                 :
                                 :
              Defendant.         :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the bail review hearing for the above-named defendant, scheduled for October 28, 2021 before the magistrate court, shall be postponed pending the defendant's completion of a drug treatment program.

**SO ORDERED:**

Dated:   New York, New York
         27 October 2021

_____
Victor Marrero
U.S.D.J.